IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 25 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

MICHAEL AVANT and
MELISSA MORRIS                                                              PLAINTIFFS

Vs.                     No. 2:16cv25-KGB

IOC-LULA, INC. d/b/a
ISLE OF CAPRI CASINO                                                        DEFENDANT

### PETITION FOR AND NOTICE OF REMOVAL

This case assigned to District Judge Baker
and to Magistrate Judge Kay

Comes defendant, by its attorneys, Barber Law Firm PLLC, and for its Petition for and Notice of Removal, respectfully states:

1. Petitioner is the defendant in the above-styled suit pending in the Circuit Court of Phillips County, Arkansas and the amount in controversy exceeds the amount of federal diversity jurisdiction, exclusive of interest and costs.

2. On January 26, 2016, plaintiffs, Michael Avant and Melissa Morris, filed their Complaint in the Circuit Court of Phillips County, Arkansas, being Civil Case No. 2016-23. Attached as Exhibit "1" is a copy of plaintiff's Complaint, Affidavit of Service, and defendant's Answer which constitutes all pleadings of record on file in the Circuit Court of Phillips County, Arkansas, as of the date of the filing of this Petition and Notice.

3. Plaintiffs are citizens and residents of Phillips County, Arkansas.

4. Defendant is a corporation incorporated under the laws of the State of Mississippi and having its principal place of business in the State of Mississippi. Defendant is a citizen of the State of Mississippi for jurisdictional purposes.

5. This Petition for Removal and Notice is filed within the time required by law pursuant to 28 U.S.C. §1441 and §1446 and diversity jurisdiction exists under 28 USC §1332.

6. The Complaint of plaintiff is a civil action for which this Court has original jurisdiction upon this removal.

7. The removing defendant is giving written notice of the filing of this removal to plaintiffs and is filing a Notice of Removal with the Circuit Clerk of Phillips County, Arkansas. A copy of the Notice of Removal being filed in the Circuit Court of Phillips County, Arkansas is attached hereto as Exhibit "2".

8. The undersigned counsel states that this removal is well-grounded in fact, warranted by existing law, and is not interposed for any improper purpose.

WHEREFORE, defendant hereby files its Petition for and Notice of Removal removing this action from the Circuit Court of Phillips County, Arkansas to the United States District Court for the Eastern District of Arkansas, Helena Division, and prays this Court exercise jurisdiction over this action as though it had originally been instituted in this Court.

Respectfully submitted,

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 372-6175
Fax:    (501) 375-2802
E-Mail: rhenry@barberlawfirm.com

By_____
Robert L. Henry, III   AR BIN 72054

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

On this __25__ day of February, 2016, I, Robert L. Henry, attorney for defendant, hereby certify that a true and correct copy of the foregoing pleading was sent by U.S. Mail, postage prepaid, to the following counsel of record:

Mr. Kyle Stoner
Etoch Law Firm
727 Cherry Street
P. O. Box 100
Helena, AR 72342
kyle@etochlaw.com

Robert L. Henry, III
Bar # 72054
Attorney for Defendant
Barber Law Firm PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, AR 72201
(501) 372-6175
E-mail: rhenry@barberlawfirm.com

3

FILED
At 3:20 O'Clock P M

JAN 2 6 2016

LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
By_____D.C.

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

MICHAEL AVANT and
MELISSA MORRIS                                              PLAINTIFFS

VS.                         No. 54CV-2016-23

IOC-LULA, INC., d/b/a
ISLE OF CAPRI CASINO                                        DEFENDANT

## COMPLAINT

Come the Plaintiffs, Michael Avant and Melissa Morris, by and through their attorneys, the Etoch Law Firm, and for their Complaint against the Defendant, IOC-Lula, Inc., (hereinafter referred to as either "IOC" or "Defendant"), states:

1. Plaintiffs, Michael Avant and Melissa Morris are citizens and residents of Phillips County, Arkansas.

2. Defendant IOC is a foreign corporation that conducts business in the State of Mississippi. At all times mentioned herein, Defendant was operating as a casino located in Lula, Coahoma County, Mississippi. Defendant operates for the use of the general public. Defendant's casino is on the bank of the Mississippi River between the Mississippi and Arkansas levees. Defendant solicits and invites Arkansas residents to its establishment in a systematic and complex way through advertising and solicitation. Defendant also owns property and conducts business in Arkansas.

3. Jurisdiction and venue are proper in this Court pursuant to Ark. Code Ann. §16-60-108 and §16-60-112.

4. On or about the 30th day of August, 2015, Plaintiffs were customers and patrons at IOC. On said date at around 2 a.m., separate Plaintiff, Mrs. Morris was sitting at a game when she ordered a drink from a server that worked for Isle of Capri. The Isle

1


EXHIBIT "1"

of Carpi is responsible for the actions of its servers and employees through general principles of agency and respondeat superior. The server brought over the drinks and being very rude and abusive with Mrs. Morris. The server negligently and without any warning spilled a drink on Mrs. Morris. then the server then threw her tray full of drinks which included hot coffee towards Mrs. Morris and others. The server then without justification or cause began to attack Mrs. Morris in the casino. No one in the casino attempted to help Mrs. Morris or protect her from the attack. This incident resulted in serious injury to Mrs. Morris.

5. Separate Plaintiff, Mr. Avant, was in close proximity to Mrs. Morris when the incident occurred. During the incident, the server negligently and without warning or justification spilled her drinks on Mrs. Morris and Mr. Avant. One of the drinks spilled on Mr. Avant was hot coffee that was on the server's tray. The coffee severely burned Mr. Avant's chest and legs. It is believed and alleged that the coffee was not covered with a lid and the temperature of the coffee was too hot to carried through a crowed casino by a server on a tray.

6. Isle of Capri carelessly and negligently maintained a dangerous and unsafe condition which exposed patrons/customers/business invitees of its establishment to undue harm. Plaintiffs, at the time of the attack, were patrons/customers/business invitees at Defendant's casino.

7. The Isle of Capri and their employees were guilty of negligence, gross negligence and willful and wanton conduct which proximately caused the above described incident and the damages suffered by Plaintiffs. The Isle of Capri had an affirmative duty to control its employees conduct and to have sufficient security to break

up any altercation in their establishment. The above described incident should be on video, but the Isle of Capri has failed refused and neglected to provide Plaintiff or its Counsel a copy of said video even after diligent request by Plaintiff's Counsel. The video should show what occurred and if the video does not exist Plaintiff will be entitle to an instruction for spoliation of evidence.

8. Defendant operated its casino in such a negligent manner that as a proximate result separate Plaintiff, Mrs. Morris, sustained severe and permanent injuries to her head, neck and back, as well as a shock to her entire nervous system, causing her to experience excruciating mental and physical pain and suffering. Defendant also operated its casino in such a negligent manner that as a proximate result separate Plaintiff, Mr. Avant, sustained severe and permanent injuries to his chest and legs, as well as a shock to his entire nervous system, causing her to experience excruciating mental and physical pain and suffering.

9. As a proximate result of said injuries, Plaintiffs were compelled to and did incur expenses for medical care, hospitalization and other expenses. Mrs. Morris had her hair pulled out by the server and and the burns on Mr. Avant have caused what appears to be permanent disfigurement. As a further result of said injuries, Plaintiffs have undergone excruciating pain and suffering in the past and will continue to undergo such pain and suffering in the future.

10. Plaintiff requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs, Michael Avant and Melissa Morris, pray for judgment against the Defendant, IOC, for the following:

   (a) $7,179.66 for the medical and special expenses incurred to this date by separate Plaintiff, Mrs. Morris, with 6% interest until the time of trial;

(b) $2,807.44 for the medical and special expenses incurred to this date by separate Plaintiff, Mr. Avant, with 6% interest until the time of trial;

(c) For an amount in excess of $$50,000.00 for separate Plaintiff's, Mrs. Morris, injuries to head, neck, and back, and her entire nervous system; said amount including her excruciating pain and suffering and mental anguish experienced in the past and that which she will undergo in the future and for her continuing medical expenses which will be incurred in the future with the exact amount to be determined by a jury;

(d) For and amount in excess of 50,000.00 for Plaintiff's injuries and burns to his chest and legs and shock to his entire nervous system; said amount including his disfigurement, his excruciating pain and suffering and mental anguish experienced in the past and that which he will undergo in the future and for his continuing medical expenses which will be incurred in the future; and

(d) For Plaintiffs' costs; a reasonable attorney fee; and all other relief to which Plaintiffs may be entitled to recover.

Respectfully submitted,

By: _____
Kyle Stoner (2015086)
Etoch Law Firm
P.O. Box 100
Helena, AR 72342
(870) 338-3591

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

Micheal Avant and Melissa Morris      PLAINTIFF

VS.      NO. CV-2016- 23

IOC-LULA, INC.,
d/b/a Isle of Capri Casino Hotel Lula      DEFENDANT

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

<u>IOC-LULA, INC., d/b/a Isle of Capri Casino Hotel Lula, c/o CT Corporation System, Reg. Agent, 645 Lakeland East Dr., Ste. 101, Flowood, MS 39232</u>

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) – or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas – you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
**Kyle Stoner**
**Attorney for Plaintiffs**
**P.O. Box 100**
**Helena, AR 72342**

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notice: Interrogatories are attached.

Address of Clerk's Office:    Lynn Stillwell, Circuit Clerk
Phillips County Court House
620 Cherry Street, Suite 206    By: _Jamekia L. Jarllin_, D.C.
Helena, AR 72342    Deputy Clerk
870-338-5515
870-338-5513    Date: 1/26/2016

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

MICHEAL AVANT AND MELISSA MORRIS

PLAINTIFF

VS.  No. 54CV-16-23

ISLE OF CAPRI

DEFENDANT

### AFFIDAVIT FOR RETURN OF SERVICE

Now comes Kyle Stoner, one of the attorneys for Plaintiff, and pursuant to Rule 4(g), Arkansas Rules of Civil Procedure, and after being duly sworn upon oath states:

1. A Summons and Complaint were mailed by me to the Defendant, Isle of Capri, 645 Lakeland East Dr., Ste 101, Flowood, MS 39232, in the United States mail, certified, restricted delivery, return receipt requested, bearing receipt number 7012 3460 0000 5860 9012. Copies of the receipt for certified mail and the returned receipt signed by RTC on February 2, 2016, are attached hereto, incorporated herein by reference, and marked Exhibits "A" and "B" respectively.

Kyle Stoner (2015086)

Subscribed and sworn to before me, a Notary Public, Thursday, February 04, 2016.

Notary Public

SEAL

LOUIS A. ETOCH
MY COMMISSION # 12363987
EXPIRES: September 21, 2021
Phillips County

FILED
At 9:15 O'Clock A.M
FEB 05 2016
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
D.C.

Avant v. IOC
515-833

"Exhibit A"



"Exhibit B"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X RTC   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>IOC-Lula Inc<br>C/o CT Corporation System.<br>645 Lakeland East Dr.<br>Ste. 101<br>Flowood, MS 39232 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7012 3460 0000 5860 9012 |
| PS Form 3811, July 2013 | Domestic Return Receipt |

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

MICHAEL AVANT and
MELISSA MORRIS                                                    PLAINTIFFS

Vs.                    No. 54CV-2016-23

IOC-LULA, INC. d/b/a
ISLE OF CAPRI CASINO                                              DEFENDANT

## ANSWER

Comes defendant, by its attorneys, Barber Law Firm PLLC, and for its Answer to the Complaint, states:

1. It admits the allegations in paragraph 1.

2. It admits it is a foreign corporation with a citizenship in the State of Mississippi and with a principal place of business in a state other than the State of Arkansas. It denies any other allegations in paragraph 2.

3. It is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 and those allegations are, therefore, denied.

4. It admits plaintiffs were customers at IOC-Lula on a date in the past, but they deny any other allegations in paragraph 4 of the Complaint.

5. They deny the allegations in paragraph 5.

6. They deny the allegations in paragraph 6.

7. They deny the allegations in paragraph 7.

8. They deny the allegations in paragraph 8.

9. They deny the allegations in paragraph 9.

FILED
At 4:05 O'Clock P M
FEB 24 2016
LYNN STILLWELL
PHILLIPS COUNTY CIRCUIT CLERK
By _____ D.C.

10.     They deny all allegations in the Complaint except those specifically admitted herein.

11.     This defendant is responding without the benefit of investigation or discovery and, therefore, affirmatively pleads improper venue, ineffective or incomplete service of process, and the Complaint fails to state facts sufficient to constitute a claim against this defendant. It reserves the right to file a Motion to Dismiss on any of these grounds.

12.     If plaintiffs sustained damages, which allegation is denied, the damages were solely and proximately caused by the negligence of plaintiffs or by an intervening cause or by the fault or conduct of individuals or entities for whom this defendant has no responsibility whatsoever.

13.     This defendant pleads all provisions of the Civil Justice Reform Act of 2003 as if set forth herein word for word and all rights of this defendant under said Act as if set out herein word for word.

14.     This defendant reserves the right to file an Amended Answer and to otherwise plead further following investigation and discovery.

15.     Jury trial is requested.

WHEREFORE, having fully answered, defendant prays the Complaint against it be dismissed, for its costs herein incurred, and for all other just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 372-6175
Fax:    (501) 375-2802
E-Mail: rhenry@barberlawfirm.com

By_____
   Robert L. Henry, III   AR BIN 72054

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On this 24 day of February, 2016, I, Robert L. Henry, attorney for defendant, hereby certify that a true and correct copy of the foregoing pleading was sent by U.S. Mail, postage prepaid, to the following counsel of record:

Mr. Kyle Stoner
Etoch Law Firm
727 Cherry Street
P. O. Box 100
Helena, AR 72342
kyle@etochlaw.com

_____
Robert L. Henry, III

3

IN THE CIRCUIT COURT OF PHILLIPS COUNTY, ARKANSAS
CIVIL DIVISION

MICHAEL AVANT and
MELISSA MORRIS                                                                      PLAINTIFFS

Vs.                                    No. 54CV-2016-23

IOC-LULA, INC. d/b/a
ISLE OF CAPRI CASINO                                                                DEFENDANT

### NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

Comes defendant, through its attorneys, Barber Law Firm PLLC, and hereby files its Notice of Removal, and states:

1. Notice is hereby given that this action has been removed to the United States District Court, Eastern District of Arkansas, Helena Division, on the 24th day of February, 2016.

Respectfully submitted,

BARBER LAW FIRM PLLC
3400 Simmons Tower
425 West Capitol Avenue
Little Rock, AR 72201
Phone: (501) 372-6175
Fax:   (501) 375-2802
E-Mail: rhenry@barberlawfirm.com

By_____
    Robert L. Henry, III    AR BIN 72054

**ATTORNEYS FOR DEFENDANT**


EXHIBIT "2"

## CERTIFICATE OF SERVICE

On this _____ day of February, 2016, I, Robert L. Henry, attorney for defendant, hereby certify that a true and correct copy of the foregoing pleading was sent by U.S. Mail, postage prepaid, to the following counsel of record:

Mr. Kyle Stoner
Etoch Law Firm
727 Cherry Street
P. O. Box 100
Helena, AR 72342
kyle@etochlaw.com

        Robert L. Henry, III
        Bar # 72054
        Attorney for Defendant
        Barber Law Firm PLLC
        3400 Simmons Tower
        425 West Capitol Avenue
        Little Rock, AR 72201
        (501) 372-6175
        E-mail: rhenry@barberlawfirm.com