IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL AVANT and
MELISSA MORRIS                                                                    PLAINTIFFS

v.                          Case No. 2:16-cv-00025 KGB

IOC-LULA INC., d/b/a
ISLE OF CAPRI CASINO                                                              DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation for dismissal with prejudice (Dkt. No. 23). Pursuant to the stipulation, this action is dismissed with prejudice. All pending motions are denied as moot.

So ordered this the 23rd day of May, 2017.

                                                              Kristine G. Baker
                                                            United States District Judge